

1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JESS D. BRASUELL III,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAN LUIS OBISPO COUNTY JAIL, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-02320-PSG-PD<br><br>[P~~ROP~~OSED] ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Fourth Amended Complaint, Defendants Deputies Husky, Poorman, and Gonzales' Motion to Dismiss Plaintiff's Fourth Amended Complaint, the records on file herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections to the Report. The Court has engaged in

a *de novo* review of the portions of the Report to which Plaintiff has objected.[1] The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that:

(1) The Motion to Dismiss Fourth Amended Complaint filed by Defendants Deputies Husky, Poorman, and Gonzales [Dkt. No. 93] is granted; and

(2) Judgment be entered dismissing the entire action with prejudice.

Dated: 3/16/22

PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In his Objections, Plaintiff re-alleges claims that are duplicative of claims raised in his prior complaints that the Court previously dismissed. [*See* Dkt. Nos. 5; 8; 46; 80.] Plaintiff also provides 83 pages of exhibits including, among other things, discovery-related correspondence in his criminal case in the San Luis Obispo County Superior Court, *People v Brasuell III*, Case No. 18F-04077, a chronological index from the Clerk's Transcript of the trial in that case, the district attorney's responses to motions filed by Plaintiff in that case, the reporter's transcript of the testimony of witness Aaron Nix, and images of compact discs that contained evidence from that trial. [Dkt. No. 102, 102-1.] Plaintiff's Objections do not change the analysis in the Report or the Court's decision.