FILED
CLERK, U.S         ICT COURT

MAR 16 2022

CENTRAL DISTRICT OF CALIFORNIA
BY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESS D. BRASUELL III, | Case No. 2:19-cv-02320-PSG-PD |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | |
| SAN LUIS OBISPO COUNTY JAIL, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Fourth Amended Complaint and entire action are dismissed with prejudice.

Dated: 3/16/22

PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE